**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


BETTY JEAN GRAYSON, etc.,

      Plaintiff,

vs.                                    CASE NO. 3:03-cv-738-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

      Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiff's Consent Petition for Attorney Fees (Doc. #19; Petition), filed April 22, 2005. Plaintiff indicates the parties have "agreed to the payment of fees in the amount of $5,000 plus costs of $150.00." *Id.* ¶ 7; *see id.* ¶ [9].[1]

A total of 40.8 hours were expended in the representation of Plaintiff before the Court. *See id.* ¶ 6. Of the total hours expended, 14.3 hours were ascribed to work conducted in 2003 by Allison W. Forsyth, Esquire, 10.1 hours were attributed to work completed by Ms. Forsyth in 2004, 15.4 hours were allocated for

_____

[1]    The introductory paragraph of the Petition incorrectly lists the amount of fees requested.

work performed by Chantal J. Harrington, Esquire, in 2004, and 1.0 hour of labor was contributed by Sarah H. Bohr, Esquire, in 2004. *Id.; see* Time Expended by Allison Forsyth in the Matter of Betty J. Grayson (Forsyth Time Sheet), attached to the Petition[2]; Hours for Chantal J. Harrington, Esq. – Grayson v. Barnhart, attached to the Petition; Schedule of Hours of Sarah H. Bohr (Bohr Time Sheet), attached to the Petition.[3]  Hourly fees of $147.00 for services performed in 2003 and $151.45 for work accomplished in 2004 are sought.  Petition ¶ 6.  Costs in the amount of $150.00 are also requested.  *Id.* at 1, ¶¶ 6, 7, [9].

Having found that Plaintiff satisfies the statutory requirements for an award of fees, *see* 28 U.S.C. § 2412(d); Petition ¶¶ 4-5, the Court concludes the correct hourly rates are $146.59 for 2003 and $150.49 for 2004.[4]  Thus, in light of the hours expended and the agreement of the parties, an award of $5,000.00 in fees and $150.00 in costs is reasonable.

Accordingly, the Petition (Doc. #19) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff

---

[2]     It appears the wrong year is listed in two entries on the Forsyth Time Sheet.  Specifically, work that would have occurred in 2004 is included on the list with a 2003 date.  *Id.*

[3]     According to the Bohr Time Sheet, some of Ms. Bohr's services were actually performed in 2005.

[4]     For the purpose of determining the correct hourly rates, adjusted for inflation, the Court visited http://data.bls.gov/cgi-bin/cpicalc.pl (last visited April 25, 2005).

and against Defendant for attorney fees in the amount of $5,000.00

and costs of $150.00.

   **DONE AND ORDERED** at Jacksonville, Florida this 27th day of

April, 2005.

                              /s/         Howard T. Snyder
                              HOWARD T. SNYDER
                              UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
      *pro se* parties, if any